# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF US v.s. Rudy Ortiz

FOR:
AT:

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Rudy Ortiz

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-48
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $ ___  SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: $ ___  DESCRIPTION: ___

## DEPENDENTS

MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them: Daughters — LoriPal, Jaime, Ruis Ortiz

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 300 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Rudy Ortiz