AO 94 (Revised 12/03)

# COMMITMENT TO ANOTHER DISTRICT
### (Rule 5(c), Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT District of Massachusetts |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**RUDY ORTIZ** | **DOCKET NO.**<br>District of Arrest<br><br>District of Offense |
| | **MAGISTRATE JUDGE CASE NO.**<br>District of Arrest     04-M00048-LPC<br><br>District of Offense     98-161-M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ indictment ☐ information ☐ complaint ☒ Other (specify)    Petition to Revoke Supervised Release

charging a violation of    18   **U.S.C.** § 3606

| DISTRICT OF OFFENSE<br>District of New Hampshire | DATE OF OFFENSE<br>July 30, 2004 |
|---|---|

**DESCRIPTION OF CHARGES:**

Violation of conditions of supervised release

**CURRENT BOND STATUS:**

☐ Bail Fixed at                and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes    **Language:**

### MASSACHUSETTS

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 14, 2004
_____
**Date**

_____
**United States Judge or Magistrate Judge**

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

*** **See Comments on Reverse Side of this Form AO 94**

**COMMENTS**

The defendant waived a preliminary examination and consented to removal to the District of New Hampshire.

On the occasion of his first appearance, the government moved for detention pending final revocation proceedings.  At the hearing on this date, the defendant requested that the detention hearing be held in the District of New Hampshire.